IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SRIVISHNU KOSURI**, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:25-CV-1000-L** |
| | § | |
| **KRISTI NOEM** Secretary of the U.S. Department of Homeland Security; and **TODD M. LYONS,** Acting Director of U.S. Immigration and Customs Enforcement, | § § § § § | |
| | § | |
| Defendants. | § | |

## **ORDER**

On April 22, 2025, Plaintiff Srivishnu Kosuri ("Plaintiff") filed this civil case and a Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") (Docs. 1, 3). The court **sets** a hearing to discuss the merits of the Motion for **10:30 a.m., Monday, April 28, 2025,** in the undersigned courtroom, 15th floor, 1100 Commerce Street, Dallas, Texas 75242. Further, Defendants Kristi Noem, Secretary of the U.S. Department of Homeland Security, and Todd M. Lyons, Acting Director of U.S. Immigration and Customs Enforcement (collectively, "Defendants") may file a response to Plaintiff's Motion, should they wish to do so, by **1:00 p.m., Friday, April 25, 2025.** Finally, neither Defendants nor any officer, agent, servant, employee, attorney, or representative acting on Defendants' behalves shall take any further action or steps to deport or remove Plaintiff from the United States to another country, or circumvent the provisions of this order until the court rules on the Motion or otherwise makes the determination that Plaintiff may be deported or removed from the United States to another country. Likewise, no superior of Defendants shall take any action or steps to deport or remove Plaintiff from the

United States to another country, circumvent the provisions of this order, or direct Defendants to do so, until the court has ruled on the Motion or otherwise made the determination that Plaintiff may be deported or removed from the United States to another country.

**The court is willing to reset the hearing date and extend the briefing schedule as long as no further steps or action is taken by Defendants to deport or remove Plaintiff from the United States, until the court rules on the Motion or determines that Plaintiff may be deported or removed from the United States to another country. The parties must inform the court in writing by April 24, 2025, whether they agree to extend the briefing schedule and reset the hearing date.**

**It is so ordered** this 23rd day of April, 2025.

Sam A. Lindsay
United States District Judge